MARION I. QUESENBERY, State Bar No. 072308
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA 92
Telephone: (510) 705-8894
Facsimile:  (510) 705-8727
E-mail:  marion@rjlaw.com

Attorneys for Plaintiff Map Produce L.L.C.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAP PRODUCE, L.L.C.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHAMROCK SEED COMPANY,<br><br>　　　　　Defendant. | **CASE NO. 06-CV-00001 JW**<br><br>~~[PROPOSED]~~ **ORDER** |
| SHAMROCK SEED COMPANY,<br><br>　　　　　Counter-Claimant,<br><br>　v.<br><br>MAP PRODUCE, L.L.C.,<br><br>　　　　　Counter-Defendant. | |

　　　Having read the parties' Stipulation for Entry of Judgment and good cause appearing for approval of the Stipulation,

　　　IT IS ORDERED that the Stipulation for Entry of Judgment between Plaintiff Map Produce and Defendant Shamrock Seed is approved in its entirety.

ORDER – Case No. C 06-00919 RMW – 1

IT IS FURTHER ORDERED that upon Defendant Shamrock Seed's failure to make payments, as required by Stipulation for Entry of Judgment, Plaintiff Map Produce shall be entitled to obtain judgment against Defendant Shamrock Seed, consistent with the terms of the Stipulation for Entry of Judgment.

IT IS FURTHER ORDERED that the Complaint and the Counterclaim in this action shall be and are dismissed in their entirety with prejudice, subject to reopening for the purpose of entering and enforcing judgment against Shamrock Seed pursuant to the Stipulation for Entry of Judgment or to otherwise enforce the terms of the Stipulation for Entry of Judgment and the settlement agreement between the parties.

IT IS FURTHER ORDERED that the United States District Court for the Northern District of California, San Jose Division, shall retain exclusive personal and subject matter jurisdiction of this case for the purpose of enforcing the settlement agreement between the parties and for entering and enforcing judgment against Defendant Shamrock Seed, as stated in the Stipulation for Entry of Judgment.

**IT IS SO ORDERED.**

Date: July 17, 2006

_____
JAMES WARE
UNITED STATES DISTRICT COURT JUDGE